ACCEPTED
041500148CR
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
6/23/2015 5:11:51 PM
KEITH HOTTLE
CLERK

NO. 04-15-00148-CR

| | | |
|---|---|---|
| RAYMOND MARTINEZ | § | FOURTH COURT OF APPEALS |
| | § | |
| | § | SAN ANTONIO, TEXAS |
| VS. | § | |
| | § | KEITH E. HOTTLE |
| | § | Clerk |
| | § | |
| THE STATE OF TEXAS | § | SAN ANTONIO, TEXAS |

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
6/23/2015 5:11:51 PM
KEITH E. HOTTLE
Clerk

## MOTION FOR EXTENSION OF TIME TO FILE BRIEF

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Anthony J. Colton, Attorney for Appellant, and files this motion asking the Court extend the time for filing Appellant's brief.

On February 17, 2015, the judgment of conviction was entered against Appellant, ordering him to pay Twenty Thousand Dollars ($20,000.00), plus costs of court. On March 13, 2015, Appellant filed a notice of appeal. The reporter's record was filed on May 26, 2015. Appellant brief is due June 25, 2015. This is the Appellant's first motion for extension and Appellant requests a 30-day extension to July 25, 2015.

This extension is not sought for the purpose of delaying this appeal. Appellant requests an extension for the following reason(s):

Counsel would like more time to research and write this brief.

Therefore, counsel respectfully asks the Court to grant this extension time to file Appellant's brief in this case.

WHEREFORE, PREMISES CONSIDERED, Counsel for Appellant prays that the Court grant an extension of time to July 25, 2015, for filing the Appellant's brief.

Respectfully submitted,

COLTON LAW FIRM, PLLC
301 Fair Avenue
San Antonio, Texas 78223
Tel.: (210) 593-8717
Fax: (210) 532-9042

By: _____

Anthony J. Colton
State Bar No. 24064564

and

MARTINEZ & HERRERA
Attorneys at Law
301 Fair Avenue
San Antonio, Texas 78223
Tel.: (210) 736-4656
Fax: (210) 532-9042

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing Notice of Appearance was hand-delivered to the Bexar County District Attorney's Office, 300 Dolorosa, San Antonio, Texas on the _____ day of June, 2015.

_____

Anthony J. Colton